IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 4:19CR49-7 and -8 |
| Plaintiff, | ) JUDGE SOLOMON OLIVER, JR |
| v. | ) |
| EDWARD LEE DUBOSE JR, and EDWARD DUBOSE SR., | ) <u>JOINT PRELIMINARY STATEMENT</u> |
| Defendants. | ) |

Now comes the United States of America, by and through its counsel, Justin E. Herdman, United States Attorney, and Jason M. Katz, Assistant United States Attorneys. The Government and the defendants jointly propose the following preliminary statement.

The government alleges that, from around May 2017 until around November 2017, each Defendant knowingly agreed with each other and with others to commit drug trafficking offenses involving cocaine and crack cocaine (cocaine based). The government also alleges that each Defendant sold drugs on separate instances to confidential sources working with the FBI. As to Defendant Edward Lee Dubose Jr., the types of drugs sold included cocaine, crack cocaine, and heroin. As to Defendant Edward Dubose Sr., the types of drugs included cocaine and crack cocaine. Finally, the government alleges that each Defendant used a telephone in various instances to facilitate illegal drug sales.

Each Defendant denies each of these allegations.

## CERTIFICATE OF SERVICE

    I hereby certify that on this 22nd day of January 2020, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                                                  /s/ Jason M. Katz
                                                  Jason M. Katz
                                                  Assistant U.S. Attorney